```
DALE A. HILMEN, ESQ.   SBN #42618
1761 Hotel Circle South, Suite 300
San Diego, California   92108
Telephone:   (619) 692-3000
Facsimile:   (619) 692-4061
```

FILED

08 JUN -4 PM 2:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorney for Plaintiffs
JOEL LARA-BELTRAN, SR.;
MAGDALENA MARIA SANCHEZ LARA;
MAGDA YURIDIA LARA, a minor; and
JOEL LARA, JR., a minor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0993 LAB RBB

| | |
|---|---|
| JOEL LARA-BELTRAN, SR.;<br>MAGDALENA MARIA<br>SANCHEZ LARA;<br>MAGDA YURIDIA LARA,<br>a minor;<br>JOEL LARA, JR.,<br>a minor,<br><br>      Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF<br>AMERICA<br><br><br><br>      Defendant. | CASE NO._____<br>(General Civil)<br><br>COMPLAINT FOR DAMAGES |

**COMES NOW** the plaintiffs JOEL LARA-BELTRAN, SR.; MAGDALENA MARIA SANCHEZ LARA; MAGDA YURIDIA LARA, a minor; and JOEL LARA, JR., a minor; and for causes of action against the defendant THE UNITED STATES OF AMERICA, allege as follows:

///

///

COMPLAINT FOR DAMAGES
-1-

1.  This action is brought under the Federal Tort Claims Act, 28 U.S.C. Sections 1346(b), 2671-80. Plaintiffs are citizens of the United States.

2.  On or about May 3, 2006, plaintiffs JOEL LARA-BELTRAN, SR.; MAGDALENA MARIA SANCHEZ LARA; MAGDA YURIDIA LARA, a minor; and JOEL LARA, JR., a minor, and each of them presented to the U.S. CUSTOMS & BORDER PROTECTION, DEPARTMENT OF HOMELAND SECURITY, claims for the injuries, losses, and damages suffered and incurred by plaintiffs, all in compliance with the requirements of 28 U.S.C.A. Section 2401(b). The defendant THE UNITED STATES OF AMERICA has failed to make a final disposition within six (6) months after said claims were filed, and therefore, are deemed denied.

3.  On May 19, 2005, at the intersection of State Route 98 and Anderholt Road, in the County of Imperial, State of California, the plaintiff JOEL LARA-BELTRAN, SR., an Arizona resident, was driving his 1994 Chrysler New Yorker, Arizona license plate No. S361804, along and upon westbound Interstate Highway 98, at the aforementioned intersection. Plaintiff's wife and children: MAGDALENA MARIA SANCHEZ LARA; MAGDA YURIDIA LARA, a minor; and JOEL LARA, JR., a minor, where passengers in said vehicle, when plaintiff's vehicle was struck by a United States Customs & Border Protection vehicle being driven southbound on Anderholt Road by Border Patrol Agent Robert Nila. Agent Nila failed to yield at the posted stop signed at the intersection of Highway 98 and Anderholt Road, and was the proximate cause of the collision.

4.  At that time and place, the United States Customs & Border Protection vehicle was owned and operated by the UNITED STATES OF AMERICA; and the driver of the vehicle was employed by the defendant

in its United States Border Patrol, and was operating the subject vehicle while acting within the scope of his employment.

5.  As a proximate result of the negligence of defendant THE UNITED STATES OF AMERICA, through its driver, plaintiff JOEL LARA-BELTRAN, SR., suffered personal injuries, as well as property damage to his vehicle.

6.  Further, as a proximate result of the negligence of defendant THE UNITED STATES OF AMERICA, through its driver, plaintiffs MAGDALENA MARIA SANCHEZ LARA; MAGDA YURIDIA LARA, a minor; and JOEL LARA, JR., a minor, also suffered personal injuries.

7.  As a proximate result of defendant's negligence, and of plaintiff's injuries, plaintiff JOEL LARA-BELTRAN, SR., suffered wage loss in the sum of $73,136.00; and great pain of body and mind, and incurred expenses for medical attention and hospitalization in the sum of $198,668.38.

8.  As a proximate result of defendant's negligence, and of plaintiff's injuries, plaintiff MAGDALENA MARIA SANCHEZ LARA, suffered great pain of body and mind, and incurred expenses for medical attention and hospitalization in the sum of $2,757.39.

9.  As a proximate result of defendant's negligence, and of plaintiff's injuries, plaintiff MAGDA YURIDIA LARA, suffered great pain of body and mind, and incurred expenses for medical attention and hospitalization in the sum of $103,167.92.

10. As a proximate result of defendant's negligence and of plaintiff's injuries, plaintiff JOEL LARA-BELTRAN, SR., has suffered additional damages, which include: emotional distress for witnessing the injury to others in the vehicle (daughter and wife) in the sum of $25,000; loss of consortium (temporary) in the sum of $25,000; and

1  general damages for pain and suffering in the sum of $662,230.

2      11.  As a proximate result of defendant's negligence and of plaintiff's injuries, plaintiff MAGDALENA MARIA SANCHEZ LARA, has suffered additional damages, which include: emotional distress for witnessing the injury to others in the vehicle (husband and daughter) in the sum of $25,000; loss of consortium (temporary) in the sum of $25,000; and general damages for pain and suffering in the sum of $10,500.

9      12.  As a proximate result of defendant's negligence and of plaintiff's injuries, plaintiff MAGDA YURIDIA LARA, has suffered additional damages, which include: emotional distress for witnessing the injury to others in the vehicle (father and mother) in the sum of $25,000; and general damages for multiple vertebra fractures and fusions (L-1 to L-3), pain, and suffering in the sum of $804,780.

15      13.  As a proximate result of defendant's negligence, plaintiff JOEL LARA, JR., suffered emotional distress as a result of witnessing the injuries to others in the vehicle (father, mother, and sister) in the sum of $25,000.

19  WHEREFORE, plaintiffs, and each of them, demand judgment against the defendant THE UNITED STATES OF AMERICA, as follows:

21      1.  As to plaintiff JOEL LARA-BELTRAN, SR., total damages in the sum of $984,034.38;

23      2.  As to plaintiff MAGADALENA MARIA SANCHEZ LARA, total damages in the sum of $63,257.39;

25      3.  As to plaintiff MAGDA YURIDIA LARA, total damages in the sum of $932,947.92; and

27      4.  As to plaintiff JOEL LARA, JR., total damages in the sum of $25,000.

3. For costs of suit incurred herein; and

4. For such other and further relief as the court deems just and proper.

Dated: 6/3/08

*/s/ Dale A. Hilmen*
DALE A. HILMEN
Attorney for Plaintiffs
JOEL LARA-BELTRAN, SR.;
MAGDALENA MARIA SANCHEZ LARA;
MAGDA YURIDIA LARA, a minor; and
JOEL LARA, JR., a minor

```
            UNITED STATES
            DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

         # 151565      - TC

            June 04, 2008
              14:32:22


            Civ Fil Non-Pris
USAO #.: 08CV0993
Judge..: LARRY A BURNS
Amount.:                    $350.00 CK
Check#.: BC8484 & BC10341



         Total-->  $350.00


FROM: JOEL LARA-BELTRAN ET AL.
        VS.
        USA
```


JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOEL LARA-BELTRAN, SR.; MAGDALENA MARIA SANCHEZ LARA; MAGDA YURIDIA LARA, a minor; and JOEL LARA, JR., a minor

(b) County of Residence of First Listed Plaintiff: **Yuma, Arizona**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
DALE A. HILMEN, ESQ. SBN 42618; (619) 692-3000
1761 Hotel Circle South, Suite 300, San Diego, CA 92108

## DEFENDANTS
THE UNITED STATES OF AMERICA

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED JUN -4 PM 2:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0993 LAB RBB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims Act 28 USC Sections 1346(b), 2671-80

Brief description of cause:
Plaintiffs' vehicle was struck by US Border Protection vehicle.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 6/3/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 151405    AMOUNT $350    APPLYING IFP    JUDGE    MAG. JUDGE
JAC 6/4/08