# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JUN -4 PM 2:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOEL LARA-BELTRAN, SR.;
MAGDALENA MARIA SANCHEZ LARA;
MAGDA YURIDIA LARA, a minor; and
JOEL LARA, JR., a minor

vs

THE UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0993 LAB RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DALE A. HILMEN, ESQ.  SBN 42618
1761 Hotel Circle South, Suite 300
San Diego, CA  92108
Telephone: (619) 692-3000

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 0 4 2008

_____W. Samuel Hamrick, Jr._____     _____
                CLERK                                 DATE

By  C. PUTMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)