```
 1  DALE A. HILMEN, ESQ.  SBN #42618            FILED
    1761 Hotel Circle South, Suite 300
 2  San Diego, California  92108                2008 JUN 27 PM 3:01
    Telephone:  (619) 692-3000
 3  Facsimile:  (619) 692-4061                  CLERK US DISTRICT COURT
                                                SOUTHERN DISTRICT OF CALIFORNIA
 4
                                                BY_____KMT_____DEPUTY
 5  Attorney for Plaintiffs
    JOEL LARA-BELTRAN, SR.;
 6  MAGDALENA MARIA SANCHEZ LARA;
    MAGDA YURIDIA LARA, a minor; and
 7  JOEL LARA JR., a minor

 8

 9                  UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11

12  JOEL LARA-BELTRAN, SR.;    )    CASE NO. '08 CV 0993 LAB RBB
    MAGDALENA MARIA            )
13  SANCHEZ LARA;              )
    MAGDA YURIDIA LARA, a      )    PROOF OF SERVICE OF SUMMONS;
14  minor; and                 )    CIVIL COVER SHEET; AND
    JOEL LARA JR., a minor,    )    COMPLAINT ON DEFENDANT UNITED
15                             )    STATES OF AMERICA
                               )
16            Plaintiffs,      )
                               )
17  v.                         )
                               )
18  THE UNITED STATES OF       )
    AMERICA,                   )
19                             )
                               )
20            Defendants.      )
                               )
21  _____)

22

23

24

25

26

27

28
```

PROOF OF SERVICE OF SUMMONS; CIVIL COVER SHEET; AND COMPLAINT ON USA
-1-



| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Dale A. Hilmen - Attorney At Law<br>1761 Hotel Circle S.    Ste. 300<br>San Diego    CA    92108<br>Attorney For: PLAINTIFF | | | 619 692-3000<br>Reference Number:<br>91830    41096 | |

United States District Court
Southern District of California

| Plaintiff/Petitioner: | Lara-Beltran, Sr. |
|---|---|
| Defendant/Respondent: | USA |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>08CV0993LABRBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons; Civil Cover Sheet; Complaint for Damages

3a. Party Served       : United States of America

3b. Person Served      : Jill Brinton, Title: Authorized to Accept
    Description        :

4.  Address            : 101 W. Broadway 15th Floor
                         San Diego, CA 92101

5a. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 6/17/2008 at 2:00pm.

7. Person Serving (name, address, and telephone No.):

**Central Attorney Service, Inc.**
1241 State Street
San Diego, CA 92101
(619)233-3344  Fax (619)233-3350

Fee for service: $ $30.00
Brian McNeal
Registered California process server:
(i) employee
(ii) Registration No.: 1258
(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/20/2008

(Signature)

Judicial Council form POS-010    **Proof of Service**    Code Civil Procedure 417.10(f)