1  **DALE A. HILMEN, ESQ.  SBN #42618**
   1761 Hotel Circle South, Suite 300
2  San Diego, California  92108
   Telephone:  (619) 692-3000
3  Facsimile:  (619) 692-4061

4

5  Attorney for Plaintiffs
   **JOEL LARA-BELTRAN, SR.;**
6  **MAGDALENA MARIA SANCHEZ LARA;**
   **MAGDA YURIDIA LARA, a minor; and**
7  **JOEL LARA JR., a minor**

FILED
08 AUG 14 PM 3:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**NUNC PRO TUNC**
AUG 1 1 2008

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL LARA-BELTRAN, SR.; MAGDALENA MARIA SANCHEZ LARA; MAGDA YURIDIA LARA, a minor; and JOEL LARA JR., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. '08 CV 0993 LAB RBB <br><br> **PROOF OF SERVICE OF SUMMONS; COMPLAINT; AND CIVIL COVER SHEET ON U.S. ATTORNEY GENERAL** |

---

PROOF OF SERVICE OF SUMMONS; COMPLAINT; ETC. ON U.S. ATTORNEY GENERAL
-1-

JOEL LARA, SR., et al. v. THE UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT, SOUTHER DISTRICT OF CALIFORNIA
CASE NO. '08 CV -0093 LAB RBB

**PROOF OF SERVICE**

I, the undersigned, declare that:

I am employed in the City of San Diego, County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 1761 Hotel Circle South, Suite 300, San Diego, California 92108.

On **June 20, 2008,** I caused to be served the following documents described as:

on the following parties:

**U.S. ATTORNEY GENERAL
950 Pennsylvania Avenue NW
Washington, D.C.  20530
(Delivered via Certified Mail-Return Receipt Requested)**

as follows:

(X)  **BY MAIL.**  I served the individual(s) named by placing the documents in a sealed envelope. I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices.

( )  **BY FACSIMILE.**  I transmitted the above-described document by facsimile machine to the parties listed at the facsimile number indicated. The transmission originated from facsimile telephone number (619) 692-4061, and was complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto [CCP Section 1013(a); CRC Rule 2008].

( )  **BY OVERNIGHT DELIVERY.**  I caused the envelope(s) to be delivered via Federal Express overnight delivery to the addressee(s). [CCP Section 1013].

( )  **BY PERSONAL SERVICE.**  I served the individual(s) named above by personally delivering the copies to the offices of the addressee(s).
Time of delivery_____:____a.m./p.m.  Person served:_____

///

///

---
PROOF OF SERVICE OF SUMMONS; COMPLAINT; ETC. ON U.S. ATTORNEY GENERAL
-2-

**JOEL LARA, SR., et al. v. THE UNITED STATES OF AMERICA**
UNITED STATES DISTRICT COURT, SOUTHER DISTRICT OF CALIFORNIA
CASE NO. '08 CV -0093 LAB RBB

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed **June 20, 2008,** at San Diego, California.

*Carol E. Wentworth*
Carol E. Wentworth

---

PROOF OF SERVICE OF SUMMONS; COMPLAINT; ETC. ON U.S. ATTORNEY GENERAL
-3-

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0510 0000 2013 5514

OFFICIAL USE

| | |
|---|---|
| Postage | $ .76 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.66 |

Postmark Here: 6-20-08

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, January 2001 — See Reverse for Instructions

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

U.S. Attorney General
[signed]

7002 0510 0000 2013 5514

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name) JUN 2 6 [2008]

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994    102595-97-B-0179    **Domestic Return Receipt**