1  KAREN P. HEWITT
   United States Attorney
2  DAVID B. WALLACE
   Assistant U.S. Attorney
3  California State Bar No.  172193
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: Dave.Wallace@usdoj.gov
   Telephone: (619) 557-5049
6
7  Attorneys for the Respondents

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 JOEL LARA BELTRAN, SR., et al.      )      Case No. 08cv0993-LAB (RBB)
                                       )
11              Plaintiff,             )      NOTICE OF APPEARANCE
                                       )
12        v.                           )
                                       )
13 UNITED STATES OF AMERICA,           )
                         Defendant.    )
14 _____    )

15 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

16     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

17     I certify that I am admitted to practice in this court or authorized to practice under

18 CivLR 83.3.c.3-4.

19     The following government attorneys (who are admitted to practice in this court or authorized to

20 practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for

21 CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

22     Name (If none, enter "None" below)

23        DAVID B. WALLACE

24     Effective this date, the following attorneys are no longer associated with this case and should not

25 receive any further Notices of Electronic Filings relating to activity in this case:

26     Name (If none, enter "None" below)

27        None

28

Please call me if you have any questions about this notice.

Dated:    August 15, 2008                    Respectfully submitted,

                                             KAREN P. HEWITT
                                             United States Attorney


                                             s/ David B. Wallace
                                             DAVID B. WALLACE
                                             Assistant U.S. Attorney
                                             Attorneys for Defendants

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3  JOEL LARA-BELTRAN, SR., et al.        )    Case No. 08cv0993-LAB (RBB)
                                         )
4              Plaintiff,                )    CERTIFICATE OF SERVICE
        v.                               )
5                                        )
   UNITED STATES OF AMERICA,             )
6                                        )
               Defendant.                )
7  _____)

8  IT IS HEREBY CERTIFIED THAT:

9       I, David B. Wallace, am a citizen of the United States and am at least eighteen years of age.  My

10 business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

11      I am not a party to the above-entitled action.  I have caused service of the **Notice of Appearance**

12 on the following parties by electronically filing the foregoing with the Clerk of the District Court using

13 its ECF System, which electronically notifies them.

14
   Dale A. Hilman, Esq.
15 1761 Hotel Circle South
   Suite 300
16 San Diego, California 92108

17      I declare under penalty of perjury that the foregoing is true and correct.

18      Executed on August 15, 2008

19

20                                              s/David B. Wallace
                                                DAVID B. WALLACE
21

22

23

24

25

26

27

28