KAREN P. HEWITT
United States Attorney
DAVID B. WALLACE
Assistant U.S. Attorney
California State Bar No. 172193
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Dave.Wallace@usdoj.gov
Telephone: (619) 557-5049

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL LARA BELTRAN, SR., et al. | Case No. 08cv0993-LAB (RBB) |
| Plaintiff, | ANSWER TO COMPLAINT |
| v. | |
| UNITED STATES OF AMERICA, Defendant. | |

COMES NOW the Defendant, by and through its counsel, Karen P. Hewitt, United States Attorney, and David B. Wallace, Assistant United States Attorney, and in answer to Plaintiffs Complaint, set forth the following:

1.     Answering Paragraph 1 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

2     Answering Paragraph 2 of the complaint, defendant admits the substantial truth of the allegations contained therein.

3.     Answering Paragraph 3 of the complaint, defendant alleges that the allegations contained therein are legal conclusions solely within the purview of the court and for its determination, and no answer is therefore required. To the extent an answer is required, said allegations are denied.

4.     Answering Paragraph 4 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

1      5.      Answering Paragraph 5 of the complaint, defendant alleges that the allegations contained
2 therein are legal conclusions solely within the purview of the court and for its determination, and no
3 answer is therefore required. To the extent an answer is required, said allegations are denied.

4      6.      Answering Paragraph 6 of the complaint, defendant alleges that it is without knowledge
5 or information sufficient to form a belief as to the truth of the allegations therein contained, and based
6 thereon, denies generally and specifically each, all and every allegation contained therein.

7      7.      Answering Paragraph 7 of the complaint, defendant alleges that it is without knowledge
8 or information sufficient to form a belief as to the truth of the allegations therein contained, and based
9 thereon, denies generally and specifically each, all and every allegation contained therein.

10      8.      Answering Paragraph 8 of the complaint, defendant alleges that it is without knowledge
11 or information sufficient to form a belief as to the truth of the allegations therein contained, and based
12 thereon, denies generally and specifically each, all and every allegation contained therein.

13      9.      Answering Paragraph 9 of the complaint, defendant alleges that it is without knowledge
14 or information sufficient to form a belief as to the truth of the allegations therein contained, and based
15 thereon, denies generally and specifically each, all and every allegation contained therein.

16      10.      Answering Paragraph 10 of the complaint, defendant alleges that it is without knowledge
17 or information sufficient to form a belief as to the truth of the allegations therein contained, and based
18 thereon, denies generally and specifically each, all and every allegation contained therein.

19      11.      Answering Paragraph 11 of the complaint, defendant alleges that it is without knowledge
20 or information sufficient to form a belief as to the truth of the allegations therein contained, and based
21 thereon, denies generally and specifically each, all and every allegation contained therein.

22      12.      Answering Paragraph 12 of the complaint, defendant alleges that it is without knowledge
23 or information sufficient to form a belief as to the truth of the allegations therein contained, and based
24 thereon, denies generally and specifically each, all and every allegation contained therein.

25      13.      Answering Paragraph 13 of the complaint, defendant alleges that it is without knowledge
26 or information sufficient to form a belief as to the truth of the allegations therein contained, and based
27 thereon, denies generally and specifically each, all and every allegation contained therein.

28

## AFFIRMATIVE AND OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Defendant alleges as follows:

### FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

### SECOND DEFENSE

The complaint fails to state a claim against defendant upon which relief can be granted.

### THIRD DEFENSE

The complaint fails to state a claim upon which relief can be granted to the plaintiffs against the defendant under the Federal Tort Claims Act (28 U.S.C. §§ 1346(b), 2671-2680), as averred in the complaint or otherwise, for the reason that if the defendant were a private person, it would not be liable to the plaintiffs in accordance with the law of the State of California.

### FOURTH DEFENSE

The plaintiffs are limited to recovery, if any, of the amount claimed administratively in accordance with 28 U.S.C. § 2675(b).

### FIFTH DEFENSE

Plaintiff's request for trial by jury is improper and barred by statute. [28 U.S.C. § 2402.]

### SIXTH DEFENSE

Plaintiff is not entitled to attorneys fees pre-judgment interest under the facts of this case. [28 U.S.C. § 2674]

### SEVENTH DEFENSE

Plaintiffs are limited to $15,000 in personal injury damages and $5,000 in property damages pursuant to California Vehicle Code § 17150, limiting the liability of automobile owners for the unauthorized use of their vehicles.

### EIGHTH DEFENSE

Defendant is entitled to an offset against damages, if any, for all monies paid to plaintiff by the United States as a result of plaintiff's injuries.

### NINTH DEFENSE

All future damages, if any, must be reduced to present value.

### TENTH DEFENSE

Income taxes must be deducted from all alleged past and future lost earnings, if any.

### ELEVENTH DEFENSE

Proposition 51, California Civil Code § 1431.2, et seq. provides that "each defendant shall be liable only for the amount of non-economic damages allocated to the defendant in direct proportion to that defendant's percentage of fault. . . ."  It further provides for apportionment of non-economic damages at the trial level.  The United States, therefore, has no potential exposure to cross-complainants for any non-economic damages paid or settled by them in the underlying tort action, nor for any related expenses, costs or fees.

### TWELFTH DEFENSE

Cal. Civ. Code, §3333.4 bars certain damages, including non-pecuniary damages, under the facts of this case.

WHEREFORE, defendant prays that plaintiff take nothing by reason of his suit herein, that judgment be rendered in favor of said defendant, for costs of suit herein incurred, and for such other and further relief as this court may deem proper.

DATED: August 15, 2008.                     Respectfully submitted,

                                                      KAREN P. HEWITT
                                                     United States Attorney

                                                     *s/David B. Wallace*
                                                     DAVID B. WALLACE
                                                     Assistant U.S. Attorney
                                                     Email: Dave.Wallace@usdoj.gov

                                                     Counsel for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL LARA BELTRAN, SR., et al. | ) | Case No. 08cv0993-LAB (RBB) |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| | ) | |

I, David B. Wallace, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Answer to Complaint** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Dale A. Hilman, Esq.
1761 Hotel Circle South
Suite 300
San Diego, California 92108

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2008.

s/*David B. Wallace*
DAVID B. WALLACE