1  **DALE A. HILMEN, ESQ.  SBN #42618**
   **1761 Hotel Circle South, Suite 300**
2  **San Diego, California  92108**
   **Telephone:  (619) 692-3000**
3  **Facsimile:  (619) 692-4061**

4

5  Attorney for Plaintiffs
   **JOEL LARA-BELTRAN, SR.;**
6  **MAGDALENA MARIA SANCHEZ LARA;**
   **MAGDA YURIDIA LARA, a minor; and**
7  **JOEL LARA JR., a minor**

8

9               **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  JOEL LARA-BELTRAN, SR.;        )    **CASE NO.  '08 CV 0993 LAB RBB**
    MAGDALENA MARIA                )
13  SANCHEZ LARA;                  )
    MAGDA YURIDIA LARA, a          )    **PROOF OF SERVICE OF NOTICE AND**
14  minor; and                     )    **ORDER FOR EARLY NEUTRAL**
    JOEL LARA JR., a minor,        )    **EVALUATION CONFERENCE ON**
15                                 )    **DEFENDANT UNITED STATES OF**
                                   )    **AMERICA**
16          Plaintiffs,            )
                                   )
17  v.                             )
                                   )
18  THE UNITED STATES OF           )
    AMERICA,                       )
19                                 )
                                   )
20          Defendants.            )
                                   )
21  _____  )

22

23

24

25

26

27

28

**JOEL LARA, SR., et al. v. THE UNITED STATES OF AMERICA**
**UNITED STATES DISTRICT COURT, SOUTHER DISTRICT OF CALIFORNIA**
**CASE NO. '08 CV -0093 LAB RBB**

**PROOF OF SERVICE**

I, the undersigned, declare that:

I am employed in the City of San Diego, County of San Diego, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is: 1761 Hotel Circle South, Suite 300, San Diego, California 92108.

On **August 28, 2008,** I caused to be served the following documents described as:

**PROOF OF SERVICE OF NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE ON DEFENDANT UNITED STATES OF AMERICA**

on the following parties:

**U.S. ATTORNEY**
**SOUTHERN DISTRICT OF CALIFORNIA**
**880 Front Street, Suite 6293**
**San Diego, California 92101**
**Attorney for Defendant**
**UNITED STATES OF AMERICA**

**U.S. ATTORNEY GENERAL**
**950 Pennsylvania Avenue NW**
**Washington, D.C.  20530**

as follows:

(**X**)  **BY MAIL.**  I served the individual(s) named by placing the documents in a sealed envelope.  I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices.

( )  **BY FACSIMILE.**  I transmitted the above-described document by facsimile machine to the parties listed at the facsimile number indicated.  The transmission originated from facsimile telephone number (619) 692-4061, and was complete and without error.  The facsimile machine properly issued a transmission report, a copy of which is attached hereto [CCP Section 1013(a); CRC Rule 2008].

( )  **BY OVERNIGHT DELIVERY.**  I caused the envelope(s) to be delivered via Federal Express overnight delivery to the addressee(s). [CCP Section 1013].

1      **JOEL LARA, SR., et al. v. THE UNITED STATES OF AMERICA**
    **UNITED STATES DISTRICT COURT, SOUTHER DISTRICT OF CALIFORNIA**
2          **CASE NO. '08 CV -0093 LAB RBB**

3              **PROOF OF SERVICE**

4 ( )   **BY PERSONAL SERVICE.**  I served the individual(s) named above by
      personally  delivering  the  copies  to  the  offices  of  the
5       addressee(s).
      Time of delivery_____a.m./p.m.  Person served:_____
6

7     I declare under penalty of perjury under the laws of the State
of California, that the foregoing is true and correct.
8

9     Executed **August 28, 2008,** at San Diego, California.

10

11                  /s/ Carol E. Wentworth__
                 Carol E. Wentworth
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28